**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| XYZ CORPORATION, <br><br> **Plaintiff,** <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> **Defendants.** | Civil Action No. 21-cv-1452 |

**PLAINTIFF'S MOTION FOR ORDER AUTHORIZING OF SERVICE OF PROCESS BY EMAIL AS TO CERTAIN DEFENDANTS**

Plaintiff XYZ Corporation, by counsel, moves this Court for an Order directing that Plaintiff serve the below listed Defendants by their email addresses, for the reasons set forth in Plaintiff's accompanying Memorandum of Law in support of this Motion.

Date: December 31, 2021

/s/ *Monica Riva Talley*
Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

17107167.2