UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil No. 1:21-cv-01452-MSN-JFA |

**ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge John F. Anderson ("Recommendation") on August 12, 2022 (Dkt. No. 94). Pursuant to Federal Rule of Civil Procedure 72(b)(2) and the notice provision of Judge Anderson's Recommendation, the deadline for submitting any objections to the Recommendation was September 2, 2022. *See* Recommendation at 41–42; Plaintiff's August 19, 2022 Notice of Service (Dkt. No. 95). To date, no objections have been filed.

Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation. Accordingly, it is hereby

**ORDERED** that plaintiff's Motion for Default Judgment (Dkt. No. 81) is **GRANTED**; it is further

**ORDERED** that judgment is hereby entered in favor of plaintiff; it is further

**ORDERED** that judgment is hereby entered against the following defendants:

| No. | Defendant Store Name | Defendant Email |
|---|---|---|
| 1 | bernardgme-0 | bernardogomezperez@hotmail.com |
| 2 | bloomstore-24 | handy88882011@outlook.com |
| 3 | chadecke_8 | deckerchad1@gmail.com |
| 4 | directshopia | sales@electronicsoz.com |
| 7 | gadgets_cart | hiruekanayake72@gmail.com |
| 8 | goking-zack | gokingzack@gmail.com |
| 9 | haboutek_0 | habibaat@live.fr |
| 10 | i-shop-online-outlet | ishoponlineoutlet@gmail.com |
| 12 | kavnu0 | kavinda.nuvan.999@gmail.com |

| | | |
|---|---|---|
| 14 | ousech-11 | oussama.echali@gmail.com |
| 15 | rafe-store | rafaahilf11@gmail.com |
| 17 | the-best4u | oula974@hotmail.com |
| 18 | xuzhijiestore-1 | 894098523@qq.com |
| 21 | Anshopps | antoniadpnda@gmail.com |
| 22 | efdqdqw | qie968@sina.com |
| 24 | faes | eaucnsjdogj868@gmail.com |
| 25 | Fanny skincare | qianjie10yujie@163.com |
| 26 | Floating | ggjngvchristopher71@gmail.com |
| 27 | gjvm | 3074153807@qq.com |
| 28 | Jaycjohnso | 3074153807@qq.com |
| 29 | jinyuchengyu | huajucuxu1972ynt@163.com |
| 30 | KongzouyifC | tanzhunlu31734@163.com |
| 31 | kuqilighting | mjz0907@outlook.com |
| 32 | lizhenzhen970409 | gflotzi9z8@163.com |
| 33 | LucieDeFlowerStore | luciede@qq.com |
| 34 | Motocross Tiger | 2085377255@qq.com |
| 35 | Richemont | paretooptimality@hotmail.com |
| 36 | schaef | cdsjp67zznx@163.com |
| 37 | shigang2020 | maozhipeng107@163.com |
| 38 | Sunshine clothing shop | sum0103@163.com |
| 39 | TIANJ | 2047997074@qq.com |
| 40 | wencheng88 | yewencheng75@163.com |
| 41 | WenzhaosiluhS | sfjq96@163.com |
| 42 | Zchenliang | Zchenliang |
| 43 | zltzsm | 17492810@qq.com |
| 45 | 321GO Store | hjngffd@sina.com |
| 46 | A to the Z yo Store | zmht0015@163.com |
| 47 | A-Forward Party Mask Store | newcoming14@126.com |
| 48 | Ali Dropshipping Store | liwk87932f@yahoo.com |
| 49 | AliExpress Baby Store | store07@muzhe.onaliyun.com |
| 50 | aliexpress women clothes Store | lunjunnig1@163.com |
| 51 | Ami clothes0806 Store | yangcuicanwc6@163.com |
| 52 | Annabella baby Store | annabelle2021@dingtalk.com |
| 53 | AOFUTEX Store | junielcao@foxmail.com |
| 54 | appletree Store | sure_vvfs@163.com |
| 55 | babaxing 520 Store | 498258673@qq.com |
| 56 | babble Store | guanghai85@126.com |
| 57 | Beautiful Surprise Store | huyanhuan7548@dingtalk.com |
| 58 | BeautyLady Shop Store | yangjunyong162@sina.com |
| 59 | Bellababy Store | bellababy2021@dingtalk.com |

| | | |
|---|---|---|
| 61 | BlueQ Store | xushiming011@126.com |
| 62 | Bo-bo Lover Store | runfaqunf0@163.com |
| 63 | CAIDA Store | caiwu1@zghzsm.cn |
| 65 | Child education Store | 705567013@qq.com |
| 66 | ChildhoodMemory Store | 1877017729@qq.com |
| 67 | Chimpanzee Store | zhengtiaoz45659@163.com |
| 69 | CHUNJIAN Official Store | 3240564025@qq.com |
| 70 | CHUWUJU Living Store | dengdeile@outlook.com |
| 71 | CLAINTEKS CLAINTEKS Apparel Store | 1322146648@qq.com |
| 72 | Combhasaki Official Store | tongjingf8@163.com |
| 73 | Comfort-home Store | a_min4u@163.com |
| 74 | CoreLong Store | chiproundstore2@aliyun.com |
| 75 | cozy life~ Store | 2066630768@qq.com |
| 76 | Cycling Shop Store | kin0li8xu7an@sina.com |
| 78 | daily life~ Store | 2639404615@qq.com |
| 79 | dailylife~~ Store | 2677073696@qq.com |
| 81 | dear~life Store | 2256957852@qq.com |
| 82 | Discoball Store | e.acevalue@gmail.com |
| 83 | DOONALL Direct Store | 417966255@qq.com |
| 84 | Dream 4 Ever Store | tommywxmm@gmail.com |
| 85 | Dreamhunter Apparel Store | zmht01@163.com |
| 86 | DreamHunter Sporting Store | zmht04@163.com |
| 87 | Dropship Elk Store | 3336450027@qq.com |
| 88 | Dropshippingagent Store | shira@sourcingagentpro.com |
| 89 | DropShippingChoice Store | sale3@ibeddingset.com |
| 90 | Dula-Dula Store | tongzhen04@qq.com |
| 91 | E-Buy Kids Store | tongzhen05@qq.com |
| 92 | EuerDODO Store | jiatang_88@163.com |
| 93 | Famouse Surprise Stor | supermask@dingtalk.com |
| 94 | FANHHUI Store | fan624624@foxmail.com |
| 95 | First Choices Store | wenruohan123@163.com |
| 96 | ForKid Store | xushiming0007@163.com |
| 97 | Gi.Amagi loisfit Store | 2399757796@qq.com |
| 98 | Girl's Clothes Store | yinquxulvf744@163.com |
| 99 | GoldQ Store | xushiming012@126.com |
| 100 | Goldtoy Store | shijiao0611@163.com |
| 101 | Goocheer Clothes Store | toyou5588_669@tom.com |
| 103 | Goodlife Furnitures House Store | fd01@zadwl.com |
| 104 | Gwiyeopda Official Store | chenjingzheng124@sina.com |
| 105 | Happyin Houseware Store | banguantrade@163.com |

| # | Store | Email |
|---|---|---|
| 106 | HeTianXia Store | moonbiffy04@163.com |
| 107 | Hey Hang Store | gangzhuuq6292@163.com |
| 109 | Honeyed Raspberry Store | baohuiyang_88@163.com |
| 110 | House Drop Shipping Store | huihu_4562@sina.com |
| 111 | House Wander Store | iweiweiluo@126.com |
| 112 | Hug Seasons Store | xmkdq008@163.com |
| 113 | hyuuga online Store | hankleee@sina.com |
| 114 | i House Store | yijiaqingjie@hotmail.com |
| 115 | ibuyonline Store | tuohai2020@126.com |
| 116 | IFOUSF&M Store | yiu334254f3d@yahoo.com |
| 117 | Imcute Factory Store | donlvo78@yahoo.com |
| 119 | JennieKim Store | kuinengs5@163.com |
| 120 | JESSIC Store | 1785971607@qq.com |
| 121 | JiaJu3A Store | n18871855548@163.com |
| 122 | Kiddie Store | tongzhen01@qq.com |
| 123 | Kigurumi Kids Store | kigurumi@dingtalk.com |
| 125 | KUBUG Outdoor Store | kubug2021@163.com |
| 126 | Lism Global Store | pzg4163584631@163.com |
| 127 | Little Bitty Official Store | ae-lb@tinaluling.com |
| 128 | Liyufan Mother&Baby Products Store Store | 449088687@qq.com |
| 129 | LLady Secret Store | zhenxiate766@163.com |
| 130 | LovelyGirls Store | dongshenglong148@sina.com |
| 131 | Luck Rabbit Store | wl61725203@163.com |
| 132 | LuluOrange Store | m17378291448@163.com |
| 133 | MacJay Store | bangpingkic057@163.com |
| 134 | Magica Women Store | hfkbxhvxkvns87@yahoo.com |
| 136 | MHORLX Legendary Store | 383401280@qq.com |
| 137 | Miniko Toy Store | 775108207@qq.com |
| 138 | MomSusy's baby Store | momsusannewbegin@outlook.com |
| 139 | Montessori Baby Store | 2281588041@qq.com |
| 140 | MOSU Store | yiwuyueyuemaoyi2@163.com |
| 141 | Newly Trend Store | km597u@163.com |
| 142 | ONE LINE FOX Official | xiaoqiqisale@hotmail.com |
| 143 | Pandora1982 Store | rangmaogecw702@163.com |
| 144 | phoebe cat Official Store | phoebe-cat@qq.com |
| 145 | Pleasant cloth Store | yw20201030@163.com |
| 146 | QQ123 Store | feixiebaik22@163.com |
| 147 | Quality life~ Store | 1829219869@qq.com |
| 148 | Realovely Store | 2144234296@qq.com |

4

| | | |
|---|---|---|
| 149 | Seu Outdoor Store | sfsf64546wwff@sina.com |
| 150 | Shenzhen RDF Store | tomwubin@outlook.com |
| 151 | Shop2836091 Store | 409933219@qq.com |
| 152 | Shop3622155 Store | zhenglanglang06@163.com |
| 154 | Shop4390025 Store | jinglirongd@163.com |
| 155 | Shop4445037 Store | xuyicheng26@sina.com |
| 156 | Shop4517009 Store | 409349868@qq.com |
| 158 | Shop5057107 Store | yangcuicanwc6@163.com |
| 159 | Shop5138083 Store | 15650172377@sohu.com |
| 160 | Shop5157050 Store | ellaping1990@sina.com |
| 161 | Shop5243165 Store | shining1122@hotmail.com |
| 162 | Shop5246286 Store | ninetieth6@126.com |
| 163 | Shop5380101 Store | 201844837@qq.com |
| 164 | Shop5557057 Store | jasmine20191219@sina.com |
| 166 | Shop5797725 Store | jasmine20200325@sina.com |
| 167 | Shop910372114 Store | ibanguan@163.com |
| 168 | Shop910438090 Store | qxu17351730554@163.com |
| 169 | Shop910913003 Store | 947496086@qq.com |
| 170 | Shop911042023 Store | 2439664348@qq.com |
| 171 | Shop911062022 Store | xuyanxi6@163.com |
| 172 | Shop911120255 Store | 1323676817@qq.com |
| 173 | Shop911134167 Store | smtwhdz@sina.com |
| 174 | Shop911215010 Store | 1697970178@qq.com |
| 175 | Shop911251089 Store | shengshende_055@tom.com |
| 176 | Shop911377113 Store | tengyi1232021@163.com |
| 177 | Shop911511149 Store | lanshuihe1982@126.com |
| 178 | Si Bao Store | 2162543372@qq.com |
| 179 | SIKADING Store | sikading@163.com |
| 180 | Small Koala Store | shunhe667@126.com |
| 181 | SnowFox Store | candy_20040424@163.com |
| 182 | Suerte Happyness Store | iweiweiluo@163.com |
| 183 | Suncolourful Store | christmastree@threescat.com |
| 184 | Sunshine-Two Store | 335914662@qq.com |
| 185 | Sunshiny Goddess Store | xianjiane5014@163.com |
| 186 | Surprise Me Store | surprise01@tinaluling.com |
| 187 | SusyFashion Baby Store | dorainternation@163.com |
| 188 | sweethomesuit Store | 2985195840@qq.com |
| 189 | sweety baby~ Store | 2669557477@qq.com |
| 190 | sweety clothes Store | 3197960935@qq.com |
| 191 | TC Makeup Organizer Store | 2177449186@qq.com |
| 192 | TC XRC Store Store | tchy20210818@163.com |

| 193 | The Girl 2019 Store | qiaooes08@163.com |
|---|---|---|
| 194 | The Girl 2021 Store | qiaooes08@163.com |
| 195 | tianmei Store | mry12223333@163.com |
| 196 | TZoom Store | tongzhen02@qq.com |
| 197 | Unicornio Pijamas Store | 2076498683@qq.com |
| 198 | V-TREE TAOZONE Store | sure_vvfs@163.com |
| 199 | Waroom Shop 01 Store | 17763077686@163.com |
| 200 | WOCA Garment Store | yuchenhanbao@126.com |
| 202 | xiaoxiannv Store | yinyingdsd546@tom.com |
| 203 | YoHola Store | tongzhen03@qq.com |
| 204 | You Are So Beautiful Tonight Store | chenjingzheng126@sina.com |
| 205 | YOUFULAI Indoor & Outdoor Life Store | 1334200625@qq.com |
| 206 | Your PDR Store store | andy@hktobys.cn |
| 207 | YOYOHOME Store | 398312488@qq.com |
| 208 | YX of luggage Store | yanxikeji21@163.com |
| 209 | zakona 2bikini Store | alicia8785@hotmail.com |
| 210 | ZhiXi Xu Store | 3046652919@qq.com |

It is further **ORDERED** that the above defendants are permanently **ENJOINED** against making, using, selling, or offering for sale any products that infringe the HUGGLE trademarks and patents at issue in this litigation; it is further

**ORDERED** that judgement in the amount of $100,000.00 is **ENTERED** against each of the above defendants in favor of plaintiff for statutory damages pursuant to 17 U.S.C. § 1117(c)(2) for a total judgment of $18,400,000.00; it is further

**ORDERED** that PayPal, Inc., Wish, and Alipay must transfer and/or release to plaintiff any monies currently held in the above defendants' financial accounts; and it is further

**ORDERED** that plaintiff's claims against the remaining fourteen defendants[1] not included in plaintiff's motion for default judgment are **DISMISSED WITHOUT PREJUDICE**.

---

[1] Those fourteen defendants are +7 store (Def. No. 44), Beyond Imagination Store (Def. No. 60), CC2019 Store (Def. No. 64), CHRONSTYLE Official Store (Def. No. 68), Dargon store Day Day UP Store (Def. No. 80), Good Wardrobe Store (Def. No. 102), Hirigin Clothes Store (Def. No. 108), Jedy'sHalo Store (Def. No. 118), KK Clothes Store (Def. No. 124), Meihuida Secretland Store (Def. No. 135), Shop3906017 Store (Def. No. 153), Shop4996387 Store (Def. No. 157), Wom Freeshipping Store (Def. No. 201), and ZSZS Store (Def. No. 211).

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

September 21, 2022
Alexandria, Virginia